# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Aziz Mateen-El, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00224-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| W. Robert Bell, et al | ) | |
| | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2018 Order.

May 18, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court